Dismissed and Memorandum
Opinion filed September 2, 2010.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00671-CR

____________

 

ANDRE R. BAILEY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 359th District Court

Montgomery County, Texas

Trial Court Cause No. 08-05-05201 CR

 



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

 

Panel consists of Justices
Anderson, Frost, and Brown.

Do Not Publish C Tex. R. App. P. 47.2(b)